No. 76–6767. SCOTT ET AL. *v.* UNITED STATES, 436 U. S. 128;

No. 77–293. KULKO *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO (HORN, REAL PARTY IN INTEREST), 436 U. S. 84;

No. 77–950. COLLECTION CONSULTANTS, INC., ET AL. *v.* TEXAS, 436 U. S. 901;

No. 77–1161. DREBIN ET AL. *v.* UNITED STATES, 436 U. S. 904;

No. 77–1228. NICKELL *v.* UNITED STATES, 436 U. S. 904;

No. 77–1275. MARTIN B. GLAUSER DODGE CO. *v.* CHRYSLER CORP. ET AL., 436 U. S. 913;

No. 77–1287. FISHER *v.* OHIO, 435 U. S. 1005;

No. 77–1297. LAX *v.* UNITED STATES, 436 U. S. 917;

No. 77–5291. LEE *v.* UNITED STATES, 436 U. S. 931;

No. 77–6293. HARRIS *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, 436 U. S. 928;

No. 77–6378. THOMAS *v.* GEORGIA, 436 U. S. 914;

No. 77–6399. BATTEN *v.* VIRGINIA, 436 U. S. 909;

No. 77–6408. CLAYTON *v.* LOGGINS, CORRECTIONAL SUPERINTENDENT, ET AL., 436 U. S. 909;

No. 77–6412. JUSTICE *v.* HESSELDEN PLUMBING CO., 436 U. S. 909;

No. 77–6420. WION *v.* UNITED STATES, 436 U. S. 910;

No. 77–6421. SEK *v.* BETHLEHEM STEEL CORP., 436 U. S. 920;

No. 77–6424. CORN *v.* GEORGIA, 436 U. S. 914;

No. 77–6426. DOWNING *v.* FRAGGASSI ET AL., 436 U. S. 910;

No. 77–6445. O'NEAL *v.* GRIFFIN ET AL., 436 U. S. 920;

No. 77–6497. SELLARS *v.* BUSCH ET AL., 436 U. S. 928;

No. 77–6503. DESANTIS *v.* UNITED STATES, 436 U. S. 911;

No. 77–6633. PIERCE *v.* INDIANA ET AL., 436 U. S. 922;

No. 77–6647. DAVIS *v.* UNITED STATES, 436 U. S. 929; and

No. 77–6659. SUPPLEE *v.* UNITED STATES, 436 U. S. 930. Petitions for rehearing denied.